# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BEAVER KEITH GAMBLE,**

    **Plaintiff,**

**v.**                                                                                               Case No. 8:09-cv-369-T-30TGW

**PARTHENIA C. GAMBLE,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Parthenia Gamble's Motion to Dismiss and Motion for Sanctions (Dkt. 4). Because Plaintiff is proceeding *pro se*, the Court must accept all of the allegations as true and construe them more liberally than if prepared by an attorney. After careful examination, the Court determines that the complaint must be dismissed for failure to state a claim.

In his complaint, Plaintiff states only as follows:

"I'm looking for damage and lost, also old bank statement I need to have summons on all accounts. See attachment."

Dkt. 1. Attached to the complaint are two Uniform Affidavits for Identity Theft from the Bank of America accusing Defendant, now his ex-wife, of identity theft. These forms were signed in June 2007.

As a review of the complaint reveals, Plaintiff has failed to comply with Federal Rule of Civil Procedure 8(a), which provides that "[a] pleading that states a claim for relief must

contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . , (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." Fed. R. Civ. P. 8(a) (2007). Here, Plaintiff does not include the grounds upon which this Court has jurisdiction over his claims, a short and plain statement of his claim(s) showing that he is entitled to relief, or a demand for relief. Accordingly, the Court must dismiss the complaint but will grant Plaintiff an opportunity to cure the deficiencies therein by filing an amended complaint.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 4) is **GRANTED**.

2. Plaintiff's Complaint (Dkt. 1) is hereby **DISMISSED** without prejudice.

3. Plaintiff shall have **TWENTY (20) DAYS** to amend his complaint to conform to the requirements of Fed.R.Civ.P. 8(a) and the Local Rules governing proceedings in this district. In order to avoid dismissal of this action, Plaintiff must set forth the basis for this Court's jurisdiction, specific facts about the nature of the alleged violations, grounds upon which he seeks relief, and sufficient information for the Defendant to respond to his claims. Failure to comply with this order within the allotted time shall result in **dismissa**l of this action <u>without further notice</u>.

**DONE** and **ORDERED** in Tampa, Florida on March 6, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-369.dismiss 8(a).frm