# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BEAVER KEITH GAMBLE,** *pro se,*

    **Plaintiff,**

**v.**                                                                  Case No. 8:09-cv-369-T-30TGW

**PARTHENIA C. GAMBLE,** *pro se,*

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Plaintiff Beaver Gamble filed his second amended complaint following the Court's order on April 3, 2009. Gamble filed the original complaint on February 27, 2009. The Court dismissed the original complaint upon motion by the Defendant for failure to meet the pleading requirements of Federal Rule of Civil Procedure 8(a). The Court also granted Plaintiff twenty days to amend the complaint. Plaintiff then filed an amended complaint, which the Court dismissed for failure to state a cause of action, again allowing twenty days to amend. Plaintiff now brings a second amended complaint. Because Plaintiff is proceeding *pro se*, the Court accepts all allegations as true and construes them more liberally than if prepared by an attorney. After careful examination, the Court determines that the complaint must be dismissed for failure to meet the pleading requirements of Fed. R. Civ. P. 8(a).

Rule 8(a) provides that "[a] pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . , (2) a short and plain

statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." Fed. R. Civ. P. 8(a) (2007).  Here, Plaintiff does not include the grounds upon which this Court has jurisdiction over his claims, a short and plain statement of his claim(s) showing that he is entitled to relief, or a demand for relief.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Second Amended Complaint (Dkt. 12) is hereby **DISMISSED** without prejudice.

2. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on April 17, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-369.dismiss amended complaint--8(a).frm